HEATHER E. WILLIAMS, Bar #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JUAN PEDRO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00193 LJO-SKO |
| Plaintiff, | STIPULATION TO RESET SENTENCING SCHEDULE; ORDER |
| vs. | |
| JUAN PEDRO JIMENEZ, | DATE: February 8, 2016<br>TIME: 8:30 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Karen A. Escobar, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant, that the schedule for objections to the presentence report and sentencing may be reset as follows:

Informals due: January 11, 2016;

Formals due: January 25, 2016; and

Sentencing currently scheduled for February 1, 2016 at 8:30 a.m. before the Honorable Lawrence J. O'Neill **may be continued to February 8, 2016 at 8:30 a.m.**

The defense has made this request because defense counsel was not able to meet with Mr. Jimenez in time to file informal objections by January 4, 2016, as counsel was out of the office for an extended period in the month of December.

//

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   | BENJAMIN B. WAGNER<br>United States Attorney |

Dated: January 8, 2016      /s/ Karen A. Escobar
                            KAREN A. ESCOBAR
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender


Dated: January 8, 2016      /s/ Victor M. Chavez
                            VICTOR M. CHAVEZ
                            Assistant Federal Defender
                            Attorney for Defendant
                            JUAN PEDRO JIMENEZ


**O R D E R**

IT IS SO ORDERED.

   Dated:   **January 8, 2016**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE

Jimenez: Stipulation to Reset Sentencing Schedule        2